JS-6

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Chiharu Tosue, an individual and
d/b/a Amazon.com Seller Fuji of Japan
chiharutosue@gmail.com
62-78 Wetherole St., #2-F
Rego Park, New York  11374
Telephone:  (917) 701-0849

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Chiharu Tosue, an individual and d/b/a Amazon.com Seller Fuji of Japan, and Does 1-10, inclusive, <br><br> Defendants. | Case No.: CV13-4058 ABC (JCGx) <br><br> [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION |

     The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Chiharu Tosue, an individual and d/b/a as Amazon.com Seller Fuji of Japan ("Defendant"), in this action, and good cause appearing therefore, hereby:

     ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the

within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

       a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

       b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's

Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

/ / /

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: March 6, 2014

_____
Hon. Audrey B. Collins
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Chiharu Tosue, an individual and
d/b/a Amazon.com Seller Fuji of Japan


By: _____
        Chiharu Tosue
Defendant, *in pro se*

**EXHIBIT A**
**COPYRIGHT REGISTRATIONS**

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 795-718 | A Time To Kill | Warner Brothers Productions, Ltd., Monarchy Enterprises, BV, & Regency Entertainment (USA), Inc. |
| PA 1-119-133 | FINAL DESTINATION TWO | New Line Productions, Inc. ("NLP") |
| PA 1-805-639 | FRINGE: Neither Here Nor There | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |

| | | |
|---|---|---|
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |
| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-867-471 | PERSON OF INTEREST: Pilot | WBEI |
| PA 1-867-305 | PERSON OF INTEREST: Ghosts | WBEI |
| PA 1-867-470 | PERSON OF INTEREST: Mission Creep | WBEI |
| PA 1-867-551 | PERSON OF INTEREST: Cura Te Ipsum | WBEI |
| PA 1-867-487 | PERSON OF INTEREST: Judgement | WBEI |
| PA 1-867-486 | PERSON OF INTEREST: The Fix | WBEI |
| PA 1-867-323 | PERSON OF INTEREST: Witness | WBEI |
| PA 1-867-321 | PERSON OF INTEREST: Foe | WBEI |
| PA 1-867-319 | PERSON OF INTEREST: Get Carter | WBEI |
| PA 1-867-304 | PERSON OF INTEREST: Number Crunch | WBEI |
| PA 1-867-234 | PERSON OF INTEREST: Super | WBEI |
| PA 1-867-221 | PERSON OF INTEREST: Legacy | WBEI |
| PA 1-867-175 | PERSON OF INTEREST: Root Cause | WBEI |
| PA 1-867-181 | PERSON OF INTEREST: Wolf And Cub | WBEI |
| PA 1-867-456 | PERSON OF INTEREST: Blue Code | WBEI |
| PA 1-867-238 | PERSON OF INTEREST: Risk | WBEI |
| PA 1-867-233 | PERSON OF INTEREST: Baby Blue | WBEI |
| PA 1-867-237 | PERSON OF INTEREST: Identity Crisis | WBEI |
| PA 1-867-174 | PERSON OF INTEREST: Flesh And Blood | WBEI |
| PA 1-867-177 | PERSON OF INTEREST: Matsya Nyaya | WBEI |
| PA 1-867-178 | PERSON OF INTEREST: Many Happy Returns | WBEI |
| PA 1-867-176 | PERSON OF INTEREST: No Good Deed | WBEI |
| PA 1-867-236 | PERSON OF INTEREST: Firewall | WBEI |
| PA 911-012 | Rush Hour | NLP |
| PA 1-050-091 | Rush Hour 2 | NLP |

| PA 1-590-103 | Rush Hour 3 | WBEI |
|---|---|---|
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |

| | | |
|---|---|---|
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
| PA 1-830-012 | THE CLOSER: Repeat Offender | WBEI |
| PA 1-830-014 | THE CLOSER: To Serve With Love | WBEI |
| PA 1-830-262 | THE CLOSER: Under Control | WBEI |
| PA 1-830-011 | THE CLOSER: Forgive Us Our Trespasses | WBEI |
| PA 1-829-979 | THE CLOSER: Home Improvement | WBEI |
| PA 1-830-017 | THE CLOSER: A Family Affair | WBEI |
| PA 1-829-972 | THE CLOSER: Death Warrant | WBEI |
| PA 1-829-994 | THE CLOSER: Star Turn | WBEI |
| PA 1-830-261 | THE CLOSER: Fresh Pursuit | WBEI |
| PA 1-830-008 | THE CLOSER: Necessary Evil | WBEI |
| PA 1-829-985 | THE CLOSER: You Have The Right To Remain Jolly | WBEI |
| PA 1-829-964 | THE CLOSER: Relative Matters | WBEI |
| PA 1-829-977 | THE CLOSER: Road Block | WBEI |
| PA 1-833-797 | THE CLOSER: Silent Partner | WBEI |
| PA 1-829-967 | THE CLOSER: Hostile Witness | WBEI |
| PA 1-829-981 | THE CLOSER: Fool's Gold | WBEI |
| PA 1-829-966 | THE CLOSER: Drug Fiend | WBEI |
| PA 1-829-968 | THE CLOSER: Last Rites | WBEI |
| PA 1-830-005 | THE CLOSER: Armed Response | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBEI |
| PA 1-840-095 | THE MENTALIST: Little Red Book | WBEI |
| PA 1-841-401 | THE MENTALIST: Pretty Red Balloon | WBEI |
| PA 1-841-436 | THE MENTALIST: Ring Around The Rosie | WBEI |
| PA 1-840-211 | THE MENTALIST: Blood And Sand | WBEI |
| PA 1-841-437 | THE MENTALIST: Where In The World Is Carmine O'Brien | WBEI |
| PA 1-840-135 | THE MENTALIST: Blinking Red Light | WBEI |
| PA 1-841-440 | THE MENTALIST: Pink Tops | WBEI |
| PA 1-841-442 | THE MENTALIST: The Redshirt | WBEI |
| PA 1-841-439 | THE MENTALIST: Fugue In Red | WBEI |
| PA 1-841-399 | THE MENTALIST: Always Bet On Red | WBEI |
| PA 1-840-096 | THE MENTALIST: My Bloody Valentine | WBEI |
| PA 1-840-100 | THE MENTALIST: Red Is The New Black | WBEI |
| PA 1-840-099 | THE MENTALIST: At First Blush | WBEI |

| PA 1-840-098 | THE MENTALIST: War Of The Roses | WBEI |
|---|---|---|
| PA 1-840-097 | THE MENTALIST: His Thoughts Were Red Thoughts | WBEI |
| PA 1-840-212 | THE MENTALIST: Cheap Burgundy | WBEI |
| PA 1-840-166 | THE MENTALIST: Ruddy Cheeks | WBEI |
| PA 1-840-168 | THE MENTALIST: Pink Champagne On Ice | WBEI |
| PA 1-840-169 | THE MENTALIST: Something Rotten In Redmund | WBEI |
| PA 1-840-171 | THE MENTALIST: Ruby Slippers | WBEI |
| PA 1-840-144 | THE MENTALIST: So Long, And Thanks For All The Red Snapper | WBEI |
| PA 10840-105 | THE MENTALIST: Red Rover, Red Rover | WBEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBEI |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | Warner Bros. Entertainment Inc.; CBS Studios Inc. ("WBEI") |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI |